ORDER:
Motion granted. Plaintiff shall respond on or before August 23, 2012.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIA L. GRIFFIN, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHTEC, LLC and <br> L&W ENGINEERING, INC., <br><br> Defendants. | Case No. 3:11-CV-00769 <br><br> JUDGE NIXON <br> MAGISTRATE JUDGE KNOWLES |

## DEFENDANTS' MOTION TO COMPEL DISCOVERY

Defendants, Southtec, LLC and L&W Engineering, Inc. ("L&W"), by and through its counsel of record, moves the Court to compel Plaintiff to respond to L&W's written discovery pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.01. Plaintiff Julia Griffin's responses to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents are now one-and-a-half months overdue. Further, Plaintiff has failed to respond to L&W's efforts to resolve this discovery dispute. Pursuant to Fed. R. Civ. P. 37(a)(3) and (5), L&W hereby seeks an Order: (1) compelling Plaintiff's responses to L&W's First Set of Interrogatories and Requests for Production of Documents (collectively, the "Requests"); and (2) requiring Plaintiff to pay L&W's reasonable attorneys' fees and costs incurred in making this motion.

In support of this Motion, L&W files the following:

1. Defendant's First Set of Interrogatories and First Set of Requests for Production, attached as **Exhibit A**.

2. Correspondence from L&W's counsel, J. Christopher Anderson, to Plaintiff's counsel dated May 29, 2012, attached as **Exhibit B**.

3. Correspondence from L&W's counsel, J. Christopher Anderson, to Plaintiff's counsel dated June 18, 2012, attached as **Exhibit C**.

4. Affidavit of J. Christopher Anderson dated July 6, 2012, attached as **Exhibit D**.

1