IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIA L. GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-cv-00769 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| SOUTHTEC, LLC and L&W ) | |
| ENGINEERING, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's Objection to Magistrate Judge's Order and Motion to Continue the Trial Date (Doc. No. 31), Defendants' Motion for Summary Judgment (Doc. No. 32), Plaintiff's Motion to Stay Ruling on Defendants' Motion for Summary Judgment (Doc. No. 39), and Defendants' Motion to Ascertain Status (Doc. No. 47). This case is currently scheduled for trial on April 2, 2013, with a pre-trial conference on March 22, 2013. Due to a complex criminal case currently before the Court, it is necessary to continue the trial date in this case. According, trial is **rescheduled** for **Tuesday, August 20, 2013, at 9:00 a.m.**, with a pre-trial conference to be held **Friday, August 9, at 10:00 a.m.**

Rulings on Plaintiff's Objections to Magistrate Judge's Order (Doc. No. 31), Plaintiff's Motion to Stay Ruling (Doc. No. 39), and Defendants' Motion for Summary Judgment (Doc. No. 32.) are forthcoming. Defendants' Motion to Ascertain Status (Doc. No. 47) is **TERMINATED as moot.**

It is so ORDERED.

Entered this \_\_\_20th\_\_\_ day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1